KC **FILED**
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08CR 0078**

UNITED STATES OF AMERICA

v.

DAVID BARAJAS-SANCHEZ, also known as, "Jose Maria Sosa-Sanchez," also known as, "Armando Rodriguez-Cano," also known as, "Daniel Rivera-Romero," also known as, "Victor Manuel Montanes-Torres"

Violations: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4)

**JUDGE ZAGEL**

**MAGISTRATE JUDGE COX**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 16, 2008, at Arlington Heights, in the Northern District of Illinois, Eastern Division,

DAVID BARAJAS-SANCHEZ, also known as,
"Jose Maria Sosa-Sanchez," also known as, "Armando Rodriguez-Cano,"
also known as, "Daniel Rivera-Romero," also known as,
"Victor Manuel Montanes-Torres,"

defendant herein, an alien who previously had been deported and removed from the United States on or about March 8, 2004, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY