Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 0078 | DATE | JANUARY 30, 2008 |
| CASE TITLE | US v. DAVID BARAJAS-SANCHEZ | | JUDGE ZAGEL MAGISTRATE JUDGE COX |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Morton Denlow_

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

KC **FILED**
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices |
| | No notices required. | | | Date docketed |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | | Date mailed notice |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | Mailing dpty. initials |
| | Courtroom Deputy initials | Date/time received in Central Clerk's office | | |

DOCKET#