# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                  Case No.: 1:08–cr–00078
                                                     Honorable James B. Zagel

David Barajas–Sanchez

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2008:

      MINUTE entry before Judge Susan E. Cox: as to David Barajas–Sanchez; Arraignment and plea reset from 2/4/2008 to 2/5/2008 at 10:30 A.M. Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.