## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 78 | **DATE** | 2/5/2008 |
| **CASE TITLE** | UNITED STATES vs. BARAJAS-SANCHEZ | | |

**DOCKET ENTRY TEXT**

Order appointment of Tim Roellig from the federal defender program to represent the defendant. Initial appearance held. Arraignment held. Defendant enters a plea of not guilty as charged in the indictment.16.1 conference to be held by 2/12/08. Pretrial motions to be filed by 2/26/08. Government to respond by 2/26/08. Status hearing set for 3/25/08 at 10:00 a.m. before Judge James B. Zagel. Defendant waives his right to a detention hearing at this time. Defendant to remain in custody until further order of court. Defendant request that counsel in Mexico be apprised of his arrest and detention. Order time excluded from 2/5/08 to 3/25/08 for filing of pretrial motions.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | TP |
|---|---|---|